# Tseitlin Law Firm, P.C.
345 Seventh Avenue, 21st Floor
New York, New York 10001

Telephone: (212) 944-7434
Facsimile: (212) 398-8835
Email: tseitlinlaw@gmail.com

August 14, 2020

BY ECF

The Honorable Jesse M. Furman
United States District Judge
United States District Court
  For the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   United States v. Valerie Volsky
      16 cr 751 (JMF)

Dear Judge Furman,

    I represent Ms. Volsky and write to ask for a temporary modification to her conditions of release that would allow her to take a trip with her husband, traveling by car to Cresta Brava in Stanley, Virginia, on September 5, 2020 and returning to New York on September 7, 2020.

    AUSA Timothy Capozzi on behalf of the Government has no objection to this request. Pretrial Services Officer Madalyn Toledo wrote that Pretrial Services takes no position on the matter, and noted that the defendant has been compliant with all bail conditions.

    I thank the Court for its attention to this matter.

Respectfully submitted,

/s/

Alexandra Tseitlin

cc: AUSA Timothy Capozzi (by ECF)

**Application GRANTED. The Clerk of Court is directed to terminate Doc. #46. SO ORDERED.**

August 14, 2020