

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 2, 2020

BY ECF

Hon. Jesse M. Furman
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re: United States v. Valerie Volsky,
16 Cr. 751 (JMF)

Dear Judge Furman:

At the request of the parties, the Court previously adjourned sentencing in the above-referenced case, *sine die*.

Joined again by the defense, the Government respectfully writes to request that the status reporting date in this case be adjourned from October 5, 2020 to October 9, 2020.

Defendant Volsky pled guilty on November 9, 2016. On May 29, 2019, shortly after the conclusion of a trial before Judge Schofield involving two of Volsky's co-conspirators, Paul J. Mathieu and Hatem Behiry, Volsky and the Government jointly requested that the Court schedule Volsky's sentencing. Since then, the Court has granted several adjournments to allow for the sentencing of Mathieu and Behiry to precede that of Volsky.

Since the parties made our last request for an adjournment, Judge Schofield has rescheduled the sentencing of the last remaining defendant, Behiry, for October 6, 2020. In order to ensure that Volsky completes her cooperation and that the Court has a complete understanding of that cooperation before she is sentenced, the Government and Volsky respectfully renew our request that this Court adjourn her sentencing until after Judge Schofield has sentenced defendant Behiry.

Once Behiry is sentenced, the parties plan to ask the Court to set a sentencing date and refer the matter to the Probation Office for the preparation of a Presentence Investigation Report.

Application GRANTED. The Clerk of Court is directed to terminate Doc. #48. SO ORDERED.

*[signature]*

October 2, 2020

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: ___S/___
David Raymond Lewis
Stephen J. Ritchin
Timothy V. Capozzi
Assistant United States Attorneys
(646) 787-5645

cc: Alexandra V. Tseitlin, Esq.(by ECF)