

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 8, 2020

BY ECF

Hon. Jesse M. Furman
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

> Re:  United States v. Valerie Volsky,
>      16 Cr. 751 (JMF)

Dear Judge Furman:

On October 6, 2020, Hatem Behiry was sentenced in *United States v. Vaid et al.*, S3 16 Cr. 763 (LGS).  Now that Judge Schofield has sentenced all ten defendants in that case, the parties respectfully request that this matter be scheduled for sentencing, in approximately January 2021.

The Government has informed the Probation Office that we will provide to the Probation Office a draft of our 5K motion by October 23, 2020.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:  \_\_\_\_\_S/_____
David Raymond Lewis
Stephen J. Ritchin
Timothy V. Capozzi
Assistant United States Attorneys
(646) 787-5645

cc: Alexandra V. Tseitlin, Esq. (by ECF)

Application GRANTED. Sentencing is hereby scheduled for January 12, 2021, at 3:00 p.m.. The Clerk of Court is directed to terminate Doc. #50. SO ORDERED.

*[signature]*

October 13, 2020