

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 19, 2020

BY ECF

Hon. Lorna G. Schofield
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re:  United States v. Valerie Volsky
         16 Cr. 751 (LGS)

Dear Judge Schofield:

    Now that all defendants have been sentenced in *United States v. Vaid et al.*, the parties respectfully request that this case, which was reassigned to Your Honor on October 14, 2020, be scheduled for sentencing, in approximately January 2021.[1]

    The Government has informed the Probation Office that we will provide to the Probation Office a draft of our 5K motion by October 23, 2020.

Application Granted.  The Probation Office shall conduct a Presentence investigation and prepare a Presentence Report. Defendant Volsky's  sentencing hearing shall be held on **February 17, 2021 at 11:00 a.m**.  The Government's pre-sentencing submission, if any, shall be filed by **January 25, 2021**.  Defendant's pre-sentencing submission shall be filed by **January 28, 2021**.  The Clerk of the Court is directed to terminate the letter motion at docket number 52.

Dated: October 21, 2020
New York, New York

*[signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:    S/
    David Raymond Lewis
    Stephen J. Ritchin
    Timothy V. Capozzi
    Assistant United States Attorneys
    (646) 787-5645

---

[1] Prior to reassignment of this case to Your Honor, the parties wrote a letter to Judge Jesse M. Furman, requesting a sentencing date.  Following reassignment, an endorsement of the letter to Judge Furman was filed on ECF.  *See* Dkt. No. 51 (scheduling a sentencing before Judge Furman on January 12, 2021).  Following that filing, Judge Furman's Courtroom Deputy advised the parties that the endorsement was filed in error and recommended that the parties contact Your Honor to set a sentencing date.