UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                  :

UNITED STATES OF AMERICA,            :
                      Plaintiff,     :
                                                :         16 Cr. 751 (LGS)
           -against-                  :
                                                :         <u>ORDER</u>
VALERIE VOLSKY,                        :
                      Defendant,   :
-------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that sentencing currently scheduled for February 17, 2021 is adjourned to **February 18, 2021, at 10:30 a.m.**

Dated: February 16, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**