# Tseitlin Law Firm P.C.

### 345 Seventh Avenue, 21st Floor
### New York, New York 10001

Telephone: (212) 944-7434
Facsimile: (212) 398-8835
Email: tseitlinlaw@gmail.com

February 23, 2021

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:    Request for Passport Release
       United States v. Valerie Volsky, 16 cr 751 (LGS)

Application Granted.  The Clerk of the Court
is directed to terminate the letter motion at
docket number 65.

Dated: February 25, 2021
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Dear Judge Schofield,

I write to request that the Court enter an Order permitting Pretrial Services to return Ms. Volsky's United States passport.  As a condition of her release, Ms. Volsky was ordered to surrender her passport to Pretrial Services.  On February 18, 2021 this Court imposed a sentence of time served and a 3-year term of Supervised Release, and we respectfully request that the Court allow the return of her passport to Ms. Volsky.  The Government and Pretrial Services have been contacted, and neither has expressed an objection to this request.

Thank you for your attention to this matter.

Respectfully submitted,

Alexandra Tseitlin

Cc:    (via ECF)
       AUSA David R. Lewis
       AUSA Timothy V. Capozzi
       AUSA Stephen J. Ritchin