UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
-v- : 16-CR-751 (JMF)
:
VALERIE VOLSKY : ORDER
:
Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Probation Department has petitioned the Court for a modification of the terms of the Defendant's supervised release. The Probation Department is directed to promptly email a copy of the Modification Report to both parties. No later than **July 22, 2021**, each side shall file a letter brief addressing the Probation Department's request. In the letters, the parties should address whether (and when) the Court should convene a conference and, if so, whether it is necessary to issue a summons to the Defendant.

      SO ORDERED.

Dated: July 8, 2021
       New York, New York
                                                        JESSE M. FURMAN
                                                     United States District Judge