UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                             :

UNITED STATES OF AMERICA,         :

                     Plaintiff,    :

                                    :           16 Cr. 751 (LGS)

           -against-        :

                                    :         <u>SCHEDULING ORDER</u>

VALERIE VOLSKY,              :

                  Defendant,  :

------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS the Probation Department has petitioned the Court for a modification of the terms of the Defendant's supervised release.

      WHEREAS on July 8, 2021, Judge Furman (i) directed the Probation Department to promptly email a copy of the Modification Report to both parties; and (ii) directed the parties, by July 22, 2021, to file a letter brief addressing the Probation Department's request and addressing whether (and when) the Court should convene a conference and, if so, whether it is necessary to issue a summons to the Defendant. (Dkt. No. 15)  It is hereby

      **ORDERED** that Judge Furman's Order is ADOPTED.


Dated: July 15, 2021
      New York, New York

                                         **LORNA G. SCHOFIELD**
                               **UNITED STATES DISTRICT JUDGE**